# Order

Michigan Supreme Court
Lansing, Michigan

June 4, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135458-60

BARBARA LYNN SALT, Personal Representative
of the ESTATE OF ALYSHA LYNN SALT,
Deceased,
        Plaintiff-Appellee,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
MASON JAR PUB & GRUB, and QUALITY
DAIRY COMPANY,
        Defendants,
and

THE PIXIE, INC., d/b/a BENNIGAN'S,
        Defendant-Appellant.

SC: 135458
COA: 277400
Ingham CC: 05-000060-NS

_____

JOSEPH BOLANOWSKI, Personal Representative
of the ESTATE OF ROBERT M. BOLANOWSKI,
Deceased, BRENDA J. BOLANOWSKI, and
TERRANCE D. HALL,
        Plaintiffs-Appellees,

v

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
RONALD SHEELE ENTERPRISE, LLC, d/b/a
MASON JAR PUB & GRUB, and QUALITY DIARY
COMPANY,
        Defendants,

and

THE SWEET ONION, INC., d/b/a BENNIGAN'S,
        Defendant-Appellant.

SC: 135459
COA: 277402
Ingham CC: 05-000161-NI

_____

STEPHEN ANCONA,
          Plaintiff-Appellee,

v

SC: 135460
COA: 277404
Ingham CC: 05-000267-NI

ANDREW C. GILLESPIE, GERALDINE LYNN
IRVINE f/k/a GERALDINE LYNN GATHMAN,
RONALD SHEELE ENTERPRISE, LLC, d/b/a
MASON JAR PUB & GRUB, and QUALITY DAIRY
COMPANY,
          Defendants,

and

THE SWEET ONION, d/b/a BENNIGAN'S,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 2, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

CAVANAGH and KELLY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

_____
Clerk

s0528